# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: July 14, 2022

RE: *Helgeson v. Westminster Public Sch.*, 21-cv-02873-RMR-MEH

____    A settlement conference was held on this date, and no settlement has been reached.

__X__  A settlement conference was held on this date, and the parties have reached a settlement as to

    __X__  All claims in this action. The parties shall file a stipulated motion to dismiss on or before August 15, 2022.

    ____  Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2022.

Settlement discussions and preparation time involved: **5.5 hours**.

__X__ A record was made      ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

____  Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and a meeting with counsel and the parties on this date. The Court will continue to work with the parties toward a resolution of the case.

Preparation, negotiation and travel time involved: ___ hours ___ minutes.