# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2873-RMR-MEH

BENJAMIN HELGESON, an individual,

    Plaintiff,

v.

WESTMINSTER PUBLIC SCHOOLS and
KIRCHERS LEDAY, in his personal and official capacity as Chief of Staff, Human Resources Department,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Benjamin Helgeson ("Plaintiff") and Defendants Westminster Public Schools and Kirchers Leday ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.

2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.

3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: August 11, 2022

Respectfully submitted by:

*s/ Igor Raykin*                                         *s/ Holly Ortiz*
Igor Raykin, Esq.                                           Holly Ortiz, Esq.
Michael Nolt, Esq.                                     Semple, Farrington, Everall & Case P.C.

| | |
|---|---|
| Kishinevsky & Raykin, Attorneys at Law | 1120 Lincoln Street, Suite 1308 |
| 2851 S. Parker Rd., Suite 150 | Denver, CO 80203 |
| Aurora, CO 80014 | (303) 595-0941 |
| 720-748-8888 | hortiz@semplelaw.com |
| igor@coloradolawteam.com | *Attorney for Defendant* |
| michael@coloradolawteam.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Kyle Miller*
Kyle Miller